1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorneys
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6758
7     Facsimile: (415) 436-6753
      E-Mail: wilson.leung@usdoj.gov
8
   Attorneys for the United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,        )   No. 10-MJ-70835-BZ
14                                  )
                                    )
15         v.                       )   STIPULATION AND [PROPOSED]
                                    )   ORDER CONTINUING PRELIMINARY
16                                  )   HEARING DATE
   JAVIER PACHECO-AKE,              )
17                                  )
                                    )
18         Defendant.                )
                                    )
19 _____)

20      The Government respectfully submits this Stipulation and Proposed Order on behalf of

21 the parties to request a continuance of the January 14, 2011 preliminary hearing date in the

22 above-captioned matter. The parties hereby stipulate and agree that:

23      1.   The defendant was charged in a complaint dated September 21, 2010 with

24 violating 18 U.S.C. § 922(g)(5) (illegal alien in possession of a firearm).

25      2.   The defendant was taken into federal custody and made his initial appearance on

26 December 20, 2010 before Magistrate Judge Larson. A detention hearing was scheduled for

27 December 22, 2010. During the detention hearing, the defendant agreed to be detained without

28 prejudice to any future bail applications. Steven Kalar, Esq., of the Federal Public Defenders,

1  represented the defendant at these proceedings.

2      3.    Due to a conflict with another pending case, the Federal Public Defenders
3  withdrew as counsel for the defendant, and on January 6, 2011, Kenneth W. McGuire, Esq., was
4  appointed to represent the defendant. The Court set January 14, 2011 for the preliminary
5  hearing.

6      4.    Since Mr. McGuire's appointment, the parties have conferred regarding how to
7  proceed with this matter. As a result, the Government has agreed to provide pre-indictment
8  discovery on a voluntary basis so that Mr. McGuire can review the discovery and engage in
9  discussions that may resolve this matter before the filing of formal charges.

10     5.    Accordingly, the parties respectfully request that the preliminary hearing presently
11 scheduled for January 14, 2011 be continued. In order to provide sufficient time for the review
12 of discovery as well as considering Mr. McGuire's availability, the parties respectfully suggest
13 March 11, 2011 as the new preliminary hearing date.

14 SO STIPULATED.

15         MELINDA HAAG
        United States Attorney

17 By:   /s/
     W.S. Wilson Leung

19     /s/
    Kenneth W. McGuire, Esq.
20     Counsel for Javier Pacheo-Ake

22 FOR THE FOREGOING REASONS, IT IS HEREBY ORDERED that the preliminary
23 hearing scheduled for January 14, 2011 in the above-captioned matter is vacated and that a new
24 preliminary hearing is scheduled for March 11, 2011 at 9:30 am before the Duty Magistrate
25 Judge.

26 SO ORDERED.    DATED: 1/12/2011

        HON. BERNARD ZIMMERMAN
        United States Magistrate Judge

-2-