MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 March 26, 2011lden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6758
    Facsimile: (415) 436-6753
    E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-MJ-70835-BZ |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING DATE |
| JAVIER PACHEO-AKE, | |
| Defendant. | |

    The Government respectfully submits this Stipulation and Proposed Order to request a continuation of the March 31, 2011 preliminary hearing date and the setting of April 20, 2011 for arraignment. The parties hereby stipulate and agree to the following:

    1.    The defendant was charged in a complaint dated September 21, 2010 with violating 18 U.S.C. § 922(g)(5) (illegal alien in possession of a firearm).

    2.    Since the defendant's initial appearance on December 20, 2010, the parties have been conferring in an attempt to resolve this matter prior to the filing of an indictment. The Government has also voluntarily made discovery available to the defense.

    3.    As a result of these discussions, the parties have reached a disposition in principle

1  and are now finalizing the details.  The parties anticipate being able to proceed with this matter
2  via information.
3      4.   Accordingly, the parties would respectfully request that the March 31 2011
4  preliminary hearing date presently scheduled be continued until April 20, 2011, and that an
5  arraignment be scheduled for April 20, 2011 in anticipation of the parties' resolution of this
6  matter.

8  SO STIPULATED.

10  Dated: March 29, 2011              /s/
11                         KENNETH MCGUIRE
                           Counsel for Javier Pacheo-Ake

13  Dated: March 29, 2011          MELINDA HAAG
                           United States Attorney

15                    By:  /s/
                           W.S. Wilson Leung
                           Assistant United States Attorney

18      FOR THE FOREGOING REASONS, the March 31, 2011 preliminary hearing presently
19  scheduled in the above-captioned matter is vacated and the matter is hereby scheduled for
20  arraignment at 9:30 am on April 19, 2011 before the Duty Magistrate Judge.

22  SO ORDERED.
23  Dated: March _30_, 20111
                           _____
                           HON.
                           United States Magistrate Judge

                           *Judge Joseph C. Spero*

-2-