1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | **CASE NO. 3:11-cr-00261-WHA-1** |
|---|---|---|
| Plaintiff | ) | |
| vs. | ) | |
| JAVIER PACHECO-AKE, | ) | ORDER CONTINUING SENTENCING HEARING |
| Defendant | ) | |

Based on the stipulation of counsel, the August 16th, 2011 sentencing hearing presently scheduled in the above-captioned matter is continued to August 30, 2011, at 2:00 p.m.

SO ORDERED.

Dated: August 1, 2011.



HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE